MICHELE BECKWITH
Acting United States Attorney
ADRIAN T. KINSELLA
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CEASAR MARTINEZ, <br><br> Defendant. | CASE NO. 2:21-cr-00020-JAM-2 <br><br> **ORDER DISMISSING COUNT SIX OF THE INDICTMENT AS TO DEFENDANT MARTINEZ** <br><br> DATE: June 17, 2025 <br> TIME: 9:00 a.m. <br> COURT: Hon. John A. Mendez |

## ORDER

Based on the United States' Motion to Dismiss, and pursuant to Rule 48 of the Federal Rules of Criminal Procedure, it is HEREBY ORDERED that **Count Six** of the Indictment is **DISMISSED** as to the above captioned defendant.

Dated: June 17, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE